# United States Court of Appeals
## For the First Circuit

No. 08-1521

CENTENNIAL INSURANCE COMPANY,

Plaintiff, Appellant,

v.

ROBERT PATTERSON,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on April 23, 2009, is amended as follows:

On p. 6, line 11: Replace "March 26, 2006" with "March 26, 2008"